# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SA CV 20-01531-DOC-JDEx　　　　　　　　　　　Date:  November 17, 2021

Title: Robert Kelly, et al. v. County of Orange, et al.

---

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

|  Karlen Dubon  |  Not Present  |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):    ORDER TO SHOW CAUSE**

　　Benjamin Nisenbaum's name has appeared as attorney of record on a document filed with this Court.  However, a review of our files indicates that Mr. Nisenbaum is not a member of the Bar of the Central District of California.  A person may only enter an appearance in this Court as an attorney of record for another person, an organization, or a class only if they are a member of the Bar of this Court or are otherwise authorized to practice before this Court.  Local Rule 83-2.1.1.1.

　　Accordingly, the Court ORDERS Plaintiffs' counsel to appear before this Court on December 1, 2021, at 7:30 a.m. to show cause why Mr. Nisenbaum should not be terminated from the case. If Mr. Nisenbaum applies for admission to the Bar of the Central District of California or terminates himself from the case by November 29, 2021, the Court will vacate the hearing.

　　The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN　　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk: kdu