JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KELLY, an individual; L.H. by and through his Guardian ad Litem, TATIANA KELLY as Successor-in-Interest to Decedent SHIKIIRA KELLY,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ORANGE, a municipal corporation; S. ORELLANA, individually and in official capacity as a deputy for the County of Orange Sheriff's Department; C. ALONSO, individually and in official capacity as a deputy for the County of Orange Sheriff's Department; R. KENNEDY, individually and in official capacity as a deputy for the County of Orange Sheriff's Department; J. CRANDALL, individually and in official capacity as a deputy for the County of Orange Sheriff's Department; B. MUNDY, individually and in official capacity as a deputy for the County of Orange | CASE NO. 8:20-cv-01531-DOC (JDEx)<br><br>*Assigned to: Hon. David O. Carter – Courtroom 9D*<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE (FED. R. CIV. PROC. 41(a)(1))** |

1

| | |
|---|---|
| 1 | Sheriff's Department; R. O'DONNELL, individually and in official capacity as a deputy for the County of Orange Sheriff's Department; S. TALEI, individually and in official capacity as a deputy for the County of Orange Sheriff's Department; L. CAMPBELL, individually and in official capacity as a registered nurse for the County of Orange Adult Correctional Health Care Services; E. DELEON, individually and in official capacity as a registered nurse for the County of Orange Adult Correctional Health Care Services; R. REYES, individually and in official capacity as a registered nurse for the County of Orange Adult Correctional Health Care Services; C. CANDELARIO, individually and in official capacity as a licensed vocational nurse for the County of Orange Adult Correctional Health Care Services; M. STEBBINS, individually and in official capacity as a licensed vocational nurse for the County of Orange Adult Correctional Health Care Services; N. BUI, individually and in official capacity as a licensed vocational nurse for the County of Orange Adult Correctional Health Care Services; and DOES 1-50, inclusive, individually and in their official capacity as Sheriff's Deputies for the COUNTY OF ORANGE Sheriff's Department, |
| | Defendants. |

# ORDER

Pursuant to the Stipulation for Dismissal of Entire Action with Prejudice (<u>Fed. R. Civ. Proc.</u> 41(a)(1)) by and between Plaintiffs Robert Kelly and L.H., as an individual and successor-in-interest to Decedent Shikiira Kelly, and by and through his guardian ad litem, Tatiana Kelly (collectively "Plaintiffs"), and Defendants County of Orange, Susan Orellana, Cristina Alonso, Rachel Kennedy, Jory Crandall, Brandon Mundy, Raianne O'Donnell, Sean Talei, Lisa Campbell, Eugene Deleon, Ronaldo Reyes, Carla Candelario, and Zerdell Bui (collectively "Defendants"), and good cause appearing, the Court approves the parties' Stipulation and orders as follows:

1. Each, every, and all Causes of Action in Plaintiffs' operative Fourth Amended Complaint (Dkt. 96) asserted against Defendants are dismissed in their entirety and with prejudice;

2. Plaintiffs and Defendants shall be solely responsible for their respective costs of suit and attorneys' fees, and any other costs or obligations which any of them may have incurred as a result of the Causes of Action asserted by Plaintiffs in this lawsuit.

**IT IS SO ORDERED**.

DATED: September 9, 2022

_____
**HON. DAVID O. CARTER**
United States District Judge